1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                         SOUTHERN DIVISION
11

| 12 | CARLOS VAZQUEZ, | CASE NO. SACV 10-01776-CJC(PJWx) |
|---|---|---|
| 13 | Plaintiff, | |
| 14 | vs. | [PROPOSED] JUDGMENT |
| 15 | UNITED PARCEL SERVICE, INC., a corporation, and DOES 1 through 20, inclusive; | Dept:   9B |
| 16 | | Judge:  Hon. Cormac J. Carney |
| 17 | Defendants. | Action filed:   October 19, 2010 |

18
19
20
21
22
23
24
25
26
27
28

LEGAL_US_W # 71306980.1

[PROPOSED] JUDGMENT

On April 16, 2012, defendant United Parcel Service's ("Defendant") Motion For Summary Judgment Or, in the Alternative, Partial Summary Judgment ("Motion") as to plaintiff Carlos Vazquez's ("Plaintiff") complaint was heard before the Court. Michele (Shelly) Freedenthal and Kelly Hsu from Paul Hastings LLP appeared for Defendant. Carol Gillam and Courtney Abrams from the Gillam Law Firm appeared for Plaintiff.

On April 24, 2012, the Court issued an Order granting, in full, Defendant's Motion. The foregoing having fully adjudicated all causes of action in Plaintiff's operative complaint, the Court hereby enters judgment as follows:

1. Judgment is entered in favor of defendant United Parcel Service, Inc.;
2. Plaintiff takes nothing by his complaint and his complaint is dismissed with prejudice; and
3. Defendant is to recover from Plaintiff its costs of suit herein.

IT IS SO ORDERED.

Dated: 4/27/12

Cormac Carney
District Judge of the United States District Court

Respectfully submitted,

DATED: April 25, 2012          PAUL HASTINGS LLP

By: /s/ - MICHELE A. FREEDENTHAL
         MICHELE A. FREEDENTHAL
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.